UNITED STATES COURT OF APPEALS
SECONDCIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.

DAMON CHAPPELLE

    Defendant-Appellant.

DOCKET NO. 15-1868cr

MOTION TO BE RELIEVED AND
FOR THE APPOINTMENT OF
NEW COUNSEL

PLEASE TAKE NOTICE, that upon the annexed affirmation of Matthew J. Kluger Esq., the undersigned moves this Court at the Thurgood Marshall United States Courthouse at 40 Centre Street, New York, NY 10007 for an Order relieving counsel as the attorney of record for this appeal, appointing new appellate counsel and granting such additional relief as the Court deems just and proper.

DATED:    Bronx, New York
             October 28, 2015

By:   /s/Matthew J. Kluger
       Matthew J. Kluger, Esq. (MK-1108)
       Assigned CJA Attorney for Defendant-Appellant
       184 East 161st Street, 2nd Floor
       Bronx, NY 10451
       (718) 293-4900

TO:   US Attorney's Office, SDNY
       Clerk of Court, US Court of Appeals, Second Circuit

1

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

UNITED STATES OF AMERICA,　　　　　　　　DOCKET NO. 15-1868CR

　　　　Appellee,

　　　　v.　　　　　　　　　　　　　　　　AFFIRMATION IN SUPPORT OF
　　　　　　　　　　　　　　　　　　　　　MOTION TO BE RELIEVED

DAMON CHAPPELLE,

　　　　Defendant-Appellant.

---

Matthew J. Kluger, an attorney duly admitted to practice law in the Southern District of New York and the United States Court of Appeals for the Second Circuit affirms the following to be true:

1. I am the attorney of record for Defendant-Appellant DAMON CHAPPELLE having been appointed pursuant to the Criminal Justice Act ("CJA") on March 26, 2014. I am familiar with the facts of this case and the prior proceedings held in it. This affirmation is made in support of the within Motion to be Relieved. Unless otherwise indicated, all allegations of fact are based upon inspection of the record in this case and investigation of the facts and circumstances surrounding the matter, and are made upon information and belief.

2. On December 23, 2014, pursuant to a written plea agreement with the Government, which, among other things, limited his right to appeal, Damon Chappelle pled guilty to Counts Two and Three of the indictment charging him with participating in a conspiracy to commit "Hobbs

2

Act" robbery (18 USC §1951) and possessing firearms in furtherance of that robbery (18 U.S.C. §924(c)(1)(A)(i)). Thereafter, on September 21, 2015, the defendant, a career offender, was sentenced (Swain, USDJ) to serve a 120-month term of incarceration on Count 2 and a consecutive 60-month term of incarceration on Count 3 (the mandatory minimum). The sentence imposed was below the applicable Guidelines range.

3. Despite the waiver of appeal provisions in the plea agreement, at Mr. Chappelle's request, a notice of appeal was timely filed by the undersigned on October 13, 2015. Nevertheless, I am aware of no meritorious appellate issues presented by this case. Moreover, as the record will reflect, trial counsel and Mr. Chappelle have a long history of disagreements with respect to case strategy. In fact, at this point, Mr. Chappelle has specifically asked that new counsel be appointed to handle his appeal.

4. For these reasons, it is respectfully requested that the undersigned be relieved as counsel in this matter and that new counsel be assigned to handle Mr. Chappelle's appeal.

No prior application for the relief herein requested has been made.

WHEREFORE, the affiant requests that the foregoing motion be granted and requests such other and further relief as this Court may deem just and proper.

DATED:    Bronx, New York
               October 28, 2015

/s/_____
MATTHEW J. KLUGER, ESQ.

3

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square     40 Centre Street, New York, NY 10007     Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s): 15-1868cr

Motion for: To Be Relieved as CJA Counsel on Appeal

United State of America v. Davis (Bonner)

Set forth below precise, complete statement of relief sought:

Petitioner, CJA trial counsel, seeks to be relieved as counsel on appeal.

MOVING PARTY: Damon Chappelle     OPPOSING PARTY: United States
- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

MOVING ATTORNEY: Matthew J. Kluger     OPPOSING ATTORNEY [Name]: AUSA Edward Diskant

[name of attorney, with firm, address, phone number and e-mail]

184 East 161st Street, 2nd Floor
Bronx, New York 10451
(718) 293-900
sdnykluger@aol.com

US Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2200

Court-Judge/Agency appealed from: Hon. Laura T. Swain, USDJ; Southern District of New York

Please check appropriate boxes:

Has **consent** of opposing counsel:
A. been sought? [ ] Yes [x] No
B. been obtained? [ ] Yes [ ] No

Is **oral argument** requested? [ ] Yes [x] No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been **set**? [ ] Yes [x] No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made **below**? [ ] Yes [ ] No

Has this relief been previously sought in this Court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Signature of Moving Attorney:
_____ Date: October 28, 2015

Has **service** been effected? [x] Yes [ ] No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED**    **DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____ By: _____

Form T-1080 (Revised 10/31/02).

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: November 9, 2015

By: /s/ Matthew Kluger
Matthew J. Kluger, Esq. (MK-1108)
184 East 161st Street, 2nd Floor
Bronx, New York 10451
Telephone: (718) 293-4900
*Atttorney for Defendant-Appellant*

## SERVICE LIST

AUSA Edward B. Diskant
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
*Attorney for Government-Appellee*
(By CM/ECF and First Class Mail)

Damon Chappelle; Reg. # 56079-066
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232
*Defendant-Appellant*
(By First Class Mail)